IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

| | |
|---|---|
| DENISE MILANI, et al., | |
| Plaintiffs, | CIVIL ACTION NO.: 2:21-cv-129 |
| v. | |
| 300 F STREET, INC., et al., | |
| Defendants. | |

**O R D E R**

This matter comes before the Court following the parties' settlement conference on March 13, 2023. See Doc. 29. The parties reached a partial settlement as to certain claims; other claims will proceed in litigation. The Court left the stay in place for 21 days to allow the parties to complete settlement documentation. Id. The Court hereby **LIFTS** the stay imposed in this case. Additionally, the Court extends the deadline for Service of Plaintiffs' Expert Witness Reports to April 21, 2023. All other deadlines and instructions in the Court's previous Scheduling Orders remain in full force and effect. Docs. 22, 26.

**SO ORDERED**, this 4th day of April, 2023.

_____
BENJAMIN W. CHEESBRO
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA